# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 27, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-60195   Consumers' Research v. FCC
                    Agency No. 96-45

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Whitney M. Jett, Deputy Clerk
                                  504-310-7772

Mr. James Michael Carr
Mr. Adam Crews
Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Jacob Matthew Lewis
Mr. R. Trent McCotter
Mr. Andrew Jay Schwartzman
Mr. Gerard J. Sinzdak
Sample User2