# United States Court of Appeals for the Fifth Circuit

No. 22-60195

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

ORDER:

IT IS ORDERED that the **unopposed** motion of Schools, Health & Libraries Broadband Coalition for leave to intervene on behalf of Respondents is GRANTED.

_____
Kurt D. Engelhardt
*United States Circuit Judge*