## NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 22-60195

Consumers' Research                              vs. Federal Communications Commission

(Short Title)
The Clerk will enter my appearance as Counsel for USTelecom - The Broadband Association; National

Telecommunications Cooperative Association d/b/a NTCA - The Rural Broadband Association;

and Competitive Carriers Association

(Please list names of all parties represented, attach additional pages if necessary.)
**The party(s) I represent IN THIS COURT** ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☐ Appellant(s)   ☐ Appellee(s)   ☑ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer
Account with PACER.

*Jennifer Tatel*
(Signature)

jtatel@wbklaw.com
(e-mail address)

Jennifer Tatel
(Type or print name)

VA/45916
(State/Bar No.)

Attorney
(Title, if any)

Wilkinson Barker Knauer LLP

(Firm or Organization)
Address  1800 M Street NW, Suite 800N

City & State Washington, DC                              Zip 20036

Primary Tel. 202-783-4141       Cell Phone: 202-383-3344

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.
**Name of Lead Counsel:** Jennifer Tatel

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
   ☑ Yes   ☐ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☐ Yes   ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case n/a

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Consumers' Research v. FCC, No. 22-60008

Name of Court or Agency U.S. Court of Appeals for the Fifth Circuit

Status of Appeal (if any) pending

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**                              DKT-5A REVISED January 2022