# United States Court of Appeals for the Fifth Circuit

---

No. 22-60195

---

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

---

ORDER:

    IT IS ORDERED that the ***unopposed*** motion of USTelecom – The Broadband Association, National Telecommunications Cooperative Association, and Competitive Carriers Association for leave to intervene in support of Respondents is GRANTED.

No. 22-60195

_____
Kurt D. Engelhardt
*United States Circuit Judge*