No. 22-60195

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH, ET AL.,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION AND UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

| | |
|---|---|
| May 16, 2022 | Respectfully submitted,<br><br>*/s/ James M. Carr*<br><br>James M. Carr<br>　　*Counsel*<br><br>FEDERAL COMMUNICATIONS COMMISSION<br>WASHINGTON, D.C. 20554<br>(202) 418-1740 |

**Proposed Second Quarter 2022 Universal Service Contribution Factor**
**CC Docket No. 96-45**

| Date Received | Name of Filer(s) | Type of Filing |
|---|---|---|
| 3/15/2022 | Consumers' Research, et al. | COMMENTS AND OBJECTIONS |
| 3/2/2022 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERVICE SUPPORT MECHANISMS QUARTERLY CONTRIBUTION BASE FOR THE SECOND QUARTER 2022 |
| 2/28/2022 | Wireline Competition Bureau | PUBLIC NOTICE |
| 2/7/2022 | Consumers' Research, et al. | COMMENTS AND OBJECTIONS |
| 1/31/2022 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERVICE SUPPORT MECHANISMS FUND SIZE PROJECTIONS FOR SECOND QUARTER 2022 |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH, ET AL.,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 16th day of May 2022.

FEDERAL COMMUNICATIONS COMMISSION

*Marlene H. Dortch*

Marlene H. Dortch
*Secretary*

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on May 16, 2022, I filed the foregoing Certified Index of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740