# United States Court of Appeals for the Fifth Circuit

No. 22-60195

Consumers' Research; Cause Based Commerce, Incorporated; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kerby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

_____

Petition for Review of an Order of the
Federal Communications Commission
Agency No. 96-45

_____

ORDER:

IT IS ORDERED that Respondents' ***unopposed*** motion to hold the case in abeyance pending a decision in case no. 22-60008, *Consumers' Research v. FCC*, is GRANTED.

No. 22-60195

_____
KURT D. ENGELHARDT
*United States Circuit Judge*