# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Consumers Research, et al., <br>                      Petitioners, <br><br> v. <br><br> Federal Communications Commission <br> and United States of America, <br>                      Respondents. | No. 22-60195 |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that the law firm of Harris, Wiltshire & Grannis LLP has changed its name to HWG LLP, effective immediately. The remainder of the address is unchanged. As a result, the address of the firm's Washington, D.C. office is now:

> HWG LLP
> 1919 M Street NW
> Eighth Floor
> Washington, DC  20036
> Telephone: (202) 730-1300
> Fax: (202) 730-1301

Please update your records to reflect this change.

Dated: August 15, 2022                    Respectfully Submitted,

/s/ Stephanie Weiner
Stephanie Weiner
HWG LLP
1919 M St., NW, 8th Floor
Washington, DC  20036
(202) 730-1300
sweiner@hwglaw.com

*Counsel for Intervenor Schools, Health, & Libraries Broadband Coalition*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August, 2022, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

/s/ Stephanie Weiner<br>
Stephanie Weiner