# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Consumers Research, et al., <br>                     Petitioners, <br><br> v. <br><br> Federal Communications Commission <br> and United States of America, <br>                     Respondents. | ) <br> ) <br> ) <br> ) <br> )    No. 22-60195 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Stephanie Weiner, withdraws her appearance for Intervenor Schools, Health & Libraries Broadband Coalition in these consolidated cases. Jason Neal of HWG LLP continues to represent Intervenor Schools, Health & Libraries Broadband Coalition in this matter.

Dated: September 9, 2022　　　　　　　　　　Respectfully Submitted,

/s/ Stephanie Weiner
Stephanie Weiner
HWG LLP
1919 M St., NW, 8th Floor
Washington, DC  20036
(202) 730-1300
sweiner@hwglaw.com

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of September, 2022, the foregoing document was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

/s/ Stephanie Weiner
Stephanie Weiner